# Exhibit 1

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 521–304**

EFFECTIVE DATE OF REGISTRATION

Aug  10  01
Month   Day   Year

**E CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**

Alice Arnold.2001.1

**NATURE OF THIS WORK ▼** See instructions

Photography

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**NAME OF AUTHOR ▼**

Alice Arnold

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1964   n/a

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

> Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2001
◀ Year   This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ ___   Day ▶ ___   Year ▶ ___   ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Alice Arnold
28-30 Clinton Street #1A New York, New York

> See instructions before completing this space

**APPLICATION RECEIVED**
AUG 10 2001
**ONE DEPOSIT RECEIVED**
AUG 10 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE OFFICE USE ONLY*

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☑ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

see continuation sheet for an exact description of the contents of this compilation

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Alice Arnold  28-30 Clinton Street #1A  New York, New York 10002

Area code and daytime telephone number ▶ ( 212 ) 2608872                    Fax number ▶ (    )

Email ▶ alice@a2photo.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Alice Arnold                                              Date ▶ 1 August 2001

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Alice Arnold

Number/Street/Apt ▼
28-30 Clinton Street #1A

City/State/ZIP ▼
New York, New York 10002

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form VA is $30.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000          ♻ PRINTED ON RECYCLED PAPER          ☉U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999

# ꓴNTINUATION SHEET
# ꓝOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

## ⊘FORM ⎯ⅠA⎯ /CON
### UNITED STATES COPYRIGHT OFFICE

**VAu 521 – 304**

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

**EFFECTIVE DATE OF REGISTRATION**

Aug            10            01
(Month)       (Day)       (Year)

**CONTINUATION SHEET RECEIVED**

AUG 10 2001

Page __3__ of __4__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  Alice Arnold.2001.1

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  Alice Arnold  28-30 Clinton Street #1A NY, NY 10002

---

**B**
Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| Alice Arnold | Year Born▼ 1964    Year Die▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | | |
|---|---|---|---|---|
| ✓ Yes / No | OR Citizen of ▶ USA / Domiciled in ▶ USA | Anonymous? Yes [No] / Pseudonymous? Yes [No] | If the answer to either of these questions is "Yes," see detailed instructions | |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Photography

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
|  | Year Born▼    Year Die▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| Yes / No | OR Citizen of ▶ / Domiciled in ▶ | Anonymous? Yes No / Pseudonymous? Yes No | If the answer to either of these questions is "Yes," see detailed instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
|  | Year Born▼    Year Die▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| Yes / No | OR Citizen of ▶ / Domiciled in ▶ | Anonymous? Yes No / Pseudonymous? Yes No | If the answer to either of these questions is "Yes," see detailed instructions. |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

CONTINUATION OF   (Check which):       Space 1       Space 4       ✔ Space 6

**C**
**Continuation**
**of other**
**Spaces**

Compilation

Contents of work on the CD-Rom:

I. Portrait Folder: 199 Images

Abbey Lincon 1-3, Andrew Hill 1-2, Anoushka Shankar, Anti-pop Consortium 1-2, Archie Shepp 1-2, Bernard Allison, Bassplayer, Bell Band 1-5, LTJ Bukem 1-3, Chris Duarte, Robert Carlyle, Chico Hamilton 1-5, Chuck Chill-out, Coldcut 1-2, Curtis Mayfield 1-2, Mishael Cuscuna 1-2, Dana Bryant, David Sanborn 1-4, David Bowie, Debbie Harry, Daniel DeWolf, Dmitry 1-3, Brian Emrich, George Benson 1-3, George Duke 1-5, Green Velvet, Roy and Graham Haynes 1-4, Horace Silver 1-4, Hotmouth, Jackie McLean 1-3, Jim Hill, John Lee Hooker 1-7, Jonah Sharp 1-3, Junior Wells 1-2, Karsten, KRS-1, Lalo Schiffrin 1-4, Lennox Lounge, Lestwe Bowie 1-5, Marc Shim + Ryan Kisor, Mark 45 King, Master Ace 1-2, Max Roach 1-2, Richard Metzger, Missy Elliot 1-9, Neutral Milk Hotel, Nonesuch RIG Session 1-7, Nonesuch Sondheim Session 1-4, Octavia Butler, Francios Ozon 1-2, Danielo Perez, Pharoah Sanders 1-3, Pizzicatto 5, Plunky, RL Burnside 1-6, Roots 1-2, Roy Ayres, Salt n' Pepa 1-5, Saul Williams, Scott's Head, Daniel Schuhman 1-2, Shuggie Otis, Alex Sipiagin, Soulslinger, Soul Asylum, Steve Reich 1-7, Craig Street, Taraf de Haidocks, TC Islam, Tom Silverman 1-3, Tom Waits 1-10, Tony Touch, Troy Parrish, Tunnel, Ween, Wesley Chu 1-20, Joe Zawinul

II. Reportage Folder

A. Outerzones (21 Images): Arguement, Bball, Bikes, Boy + Dog, Black Dog, Bronx Window, Bronx Family, Burger King Window, Churchlady, Crosswalk, Downs, Duancreade, Girl + Ball, Girl on Red Car, Hornando, Polkadots, Redshirt, Subway Entrance, Sunset Park, Underpass, Webster Ave

B. Shopping (24 Images): Alone on Broadway, Broadway 1, Broadway 5, Broadway 7, Bleecker + Broadway, CDs at Om, Chateau 1-5, Cinema 1, Daysale, Girl on Phone, Starwars Mask, Om2, Phone at Nite, Redgirl, Shopkids, Shopnite, Stride, Tower 6, Trash on Corner, Trash

C. Club (27 Images): Bell Cafe, Bhangra, Brownies, Bubble, Charmball, Cooler, Ecstacy, El Flamingo, Fusionrave, Gianstep 1, Goldie 1, Hogs, Limonade, Maxfish 1, Maxfish 2, Ninjatune, Orlandogirl, Purrr, Robots, Soundlab 1, Soundlab Ave D, Soundlab Dumbo, Soundlab Powerstation, Spooky, Spybar, Typhoon, Void

D. Nite (14 Images): Alleyway, NYC, Bodega, Boy in Car Headlights, Broadway Stroll, Clinton Street, Guanjuarto Couple, Havananite, Hotel Chase, Jaguar, Times Square Drummer, Times Square Subway, Times Square Trumpet, Upside Down, Yara

E. Reportage: (29 Images) Bus Depot, Bus Stop, Centro Stroll, Copa Workout Boys, Crossing, Diving Boy, Duarte, Escalator, Evolve, Flag, Flower Woman, Guide, Head in Sand, Juicyride, Mother and Son Walking, Passing Man, Petrella's Point, Plaid Shorts, Polkadot Dress, Rainboy, Riowalk, Salvador Man, Streetball, Street Play, Street Pool, Turning the Corner, Unavia, Walk by Face, Wall Street,

**Certificate**
**will be**
**mailed in**
**window**
**envelope**
**to this**
**address:**

Name ▼
Alice Arnold

Number/Street/Apt ▼
28-30 Clinton Street #1A

City/State/ZIP ▼
New York, New York 10002

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.