**STEPTOE & JOHNSON LLP**
Robyn C. Crowther, Bar No. 193840
rcrowther@steptoe.com
633 West Fifth Street
Suite 1900
Los Angeles, California 90071-3500
Telephone: 213 439 9400
Facsimile: 213 439 9599

**STEPTOE & JOHNSON LLP**
Bill Toth, Bar No. 300055
btoth@steptoe.com
1330 Connecticut Avenue, NW
Washington, DC 2236
Telephone: 202 429 6257

Attorneys for Defendant
ARRAY ALLIANCE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE ARNOLD,<br><br>            Plaintiff,<br><br>     v.<br><br>ARRAY ALLIANCE, INC.,<br><br>            Defendant. | Case No. 2:22-cv-02186-AB-PLA<br><br>**ARRAY ALLIANCE, INC.'S RULE 7.1 NOTICE OF INTERESTED PARTIES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ARRAY Alliance, Inc. states that it has no parent corporation, and there are no publicly-held corporations that own ten percent (10%) or more of its stock.

Dated: April 26, 2022

Respectfully submitted,

/s/   Robyn C. Crowther
Robyn C. Crowther
Bill Toth
STEPTOE & JOHNSON LLP

*Attorney for Defendant*
*ARRAY Alliance, Inc.*