# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALICE ARNOLD, | Case No. 2:22-cv-02186-AB-PLA |
|---|---|
| Plaintiff, | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| v. | |
| ARRAY ALLIANCE, INC., | |
| Defendant. | |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective order is **GRANTED**.

**IT IS SO ORDERED.**

Dated: August 18, 2022

_Paul L. Abrams_
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

1